**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PATRICIA WHITE,

                Plaintiff,                        19 **CIVIL** 9051 (RWL)

    -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated September 4, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further proceedings pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C.  § 405(g).

**Dated:**  New York, New York
          September 4, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                                 **BY:**      
                                                           _____
                                                           **Deputy Clerk**